UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :

v. : CASE No. 8:15-CR-462-T-35TGW

ILFRENISE CHARLEMAGNE :

ORDER

THIS CAUSE came on for consideration upon the Unopposed Motion to Travel to Albany Georgia (Doc. 118). The defendant represents that the Government does not oppose this request (id., ¶7).

It is, upon consideration,

ORDERED:

That the Unopposed Motion to Travel to Albany Georgia (Doc. 118) be, and the same is hereby, **GRANTED**, and the defendant's conditions of release are hereby **AMENDED** to permit her to visit with family in Albany, Georgia from November 27, 2016, until December 26, 2016.

DONE and ORDERED at Tampa, Florida, this 23rd day of November, 2016.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE